Laura K. Granier
Jessica L. Freitas
(Nevada Bar No. 7357)
(Nevada Bar No. 16079)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: 775.327.3000
Fax: 775.786.6179
lkgranier@hollandhart.com
JLFreitas@hollandhart.com

*Attorneys for Plaintiff NEVADA SELECT ROYALTY, INC.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SELECT ROYALTY, INC., <br><br> Plaintiff, <br> v. <br><br> JERRITT CANYON GOLD LLC., <br><br> Defendant. <br><br>———————————————— <br><br> JERRITT CANYON GOLD, <br><br> Counter-Claimant, <br> v. <br><br> NEVADA SELECT ROYALTY, INC., and NOUGHT TECHNOLOGIES, LLC, <br><br> Counter-Defendant. | **Case No.: 3:22-CV-00415-LRH-CSD** <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO THE CROSS-COMPLAINT – FIRST REQUEST** |

Plaintiff/Counter-Defendant and Defendant/Counter-Plaintiff hereby Stipulate that the Plaintiff/Counter Defendant, Nevada Select Royalty, Inc., shall have an additional Thirty (30) Days to file its response to the Counter-Claim in the above captioned matter. Currently, Plaintiff-Counter-Defendant's response to the Counter-Claim is due on October 6, 2022. The parties agree to extend this deadline to November 7, 2022.

//

//

IT IS SO STIPULATED.

DATED     October 5, 2022

          HOLLAND & HART LLP

          /s/ Laura K. Granier
          Laura K. Granier
          Jessica L. Freitas
          5441 Kietzke Lane, Suite 200
          Reno, NV 89511-2094
          Attorneys for Plaintiff NEVADA SELECT ROYALTY, INC.

Dated October 5, 2022.

          RICE REUTHER SULLIVAN & CARROLL, LLP

          /s/Anthony J. DiRaimondo
          David A. Carroll, Esq. (NSB 7643)
          Anthony J. DiRaimondo, Esq. (NSB 10875)
          Robert E. Opdyke, Esq. (NSB 12841)
          3800 Howard Hughes Parkway, Ste 1200
          Las Vegas, NV 89169
          Attorneys for Defendant JERRITT CANYON GOLD, LLC

**IT IS SO ORDERED.**

DATED this  6th  day of  October , 2022.

          _____
          UNITED STATES MAGISTRATE JUDGE

19950474_v1