**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
Attorneys for Counter-Defendant NouHgt Technologies, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Nevada Select Royalty, Inc., | Case Number: 3:22-cv-00415-LRH-CSD |
| Plaintiff/Counter-Defendant, | |
| vs. | |
| Jerritt Canyon Gold LLC, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NOUHGT TECHNOLOGIES, LLC TO FILE ITS RESPONSE TO COUNTERCLAIM (FIRST REQUEST)** |
| Defendant/Counter-Claimant, | |
| **Counterclaims** | |
| Jerritt Canyon Gold LLC, a Nevada LLC, | |
| Defendant/Counter-Claimant, | |
| vs. | |
| Nevada Select Royalty, Inc., | |
| Plaintiff/Counter-Defendant, and | |
| NouHgt Technologies, LLC, a Nevada LLC, | |
| Counter-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Counter-Defendant NouHgt Technologies, LLC, Defendant/Counter-Claimant Jerritt Canyon Gold LLC and Plaintiff/Counter-Defendant Nevada Select Royalty, Inc. hereby Stipulate that Counter-Defendant NouHgt Technologies, LLC ("NouHgt") shall have an additional Twenty (20) Days to file its response to the Counter-Claim in the above-captioned matter. Currently, Counter-Defendant NouHgt's response to the Counter-Claim is due on October

MAC:17128-001 4870102_2 10/13/2022 2:04 PM

1  18, 2022. The parties agree to extend this deadline to November 7, 2022. This is the parties'
2  first request for such an extension.
3        The parties agree that this extension is necessary because counsel for Counter-
4  Defendant NouHgt was just recently retained to litigate this case, which involves complex
5  patent issues that require careful review and consideration before filing an appropriate
6  response. The parties agree, therefore, that Counter-Defendant should be granted additional
7  time to adequately prepare a response to Defendant/Counter-Claimant's claims, so as not to
8  unduly prejudice Counter-Defendant's defense for having recently retained counsel.
9  / / /
10 / / /

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:17128-001 4870102_2 10/13/2022 2:04 PM

THEREFORE, the parties agree to extend the deadline for Counter-Defendant to file its response to the Counter-Claim in the above-captioned matter to November 7, 2022.

IT IS SO STIPULATED.

Dated this 13th day of October, 2022                Dated this 13th day of October, 2022

**MARQUIS AURBACH**                                **RICE REUTHER SULLIVAN & CARROLL, LLP**

By:*/s/Cody S. Mounteer*                          By: */s/Anthony J. DiRaimondo*
    Cody S. Mounteer, Esq.                        David A. Carrroll, Esq.
    Nevada Bar No. 11220                           Nevada Bar No. 7643
    10001 Park Run Drive                           Anthony J. DiRaimondo, Esq.
    Las Vegas, Nevada 89145                        Nevada Bar No. 10875
    Attorney(s) for Counter-Defendant              Robert E. Opdyke, Esq.
    NouHgt Technologies, LLC                       Nevada Bar No. 12841
                                                   3800 Howard Hughes Parkway, Suite 1200
                                                   Las Vegas, NV 89169
                                                   Attorney(s) for Defendant/Counter Claimant Jerritt Canyon Gold, LLC

Dated this 13th day of October, 2022

**HOLLAND & HART, LLP**

By:*/s/Laura K. Granier*
    Laura K. Granier, Esq.
    Nevada Bar No. 7357
    Jessica L. Freitas, Esq.
    Nevada Bar No. 16079
    5441 Kietzke Lane, Suite 200
    Reno, Nevada 89511
    Attorneys for Plaintiff, Nevada Select Royalty, Inc.

IT IS SO ORDERED.

DATED this 14th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE