## INDEX OF EXHIBITS TO

## COUNTERDEFENDANT NOUHGT TECHNOLOGIES, LLC'S ANSWER TO JERRITT CANYON GOLD, LLC'S COUNTERCLAIMS AND NOUHGT TECHNOLOGIES, LLC'S COUNTERCLAIMS AGAINST JERRITT CANYON GOLD, LLC

| **EXHIBIT** | **EXHIBIT DOCUMENT DESCRIPTION** |
|:---:|---|
| A | USPN 8,877,148 |
| B | Maintenance Fee Payment Status for '148 Patent |