# Exhibit B

# Maintenance Fee Payment Status for '148 Patent



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## APPARATUS AND METHOD FOR REMOVING MERCURY FROM A GAS

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 8877148 | 12841783 | 07/22/2010 | 11/04/2014 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 7.5 Year | Closed | Paid |

**Maintenance fee has already been paid.**

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 11/04/2017 | 05/05/2018 | 11/05/2018 | Closed | Paid |
| 7.5 Year | 11/04/2021 | 05/05/2022 | 11/04/2022 | Closed | Paid |
| 11.5 Year | 11/04/2025 | 05/05/2026 | 11/04/2026 | Not Open | Not Due |

## Patent Holder Information

**Customer #**    20350

**Entity Status**    SMALL

**Phone Number**    4155760200

**Address**    Kilpatrick Townsend & Stockton LLP - West Coast
Mailstop: IP Docketing - 22
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
UNITED STATES