**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
bhardy@maclaw.com
jmoser@maclaw.com

*Attorneys for Counter-Defendant*
*NouHgt Technologies, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nevada Select Royalty, Inc., <br><br>   Plaintiff, <br><br> vs. <br><br> Jerritt Canyon Gold LLC, <br><br>   Defendant. | Case Number: 3:22-cv-00415-LRH-CSD <br><br> **STIPULATION AND ORDER TO CORRECT CASE CAPTION** |
| Jerritt Canyon Gold LLC, <br><br>   Counterclaimant, <br><br> vs. <br><br> Nevada Select Royalty, Inc.; and NouHgt Technologies, LLC, <br><br>   Counterdefendants. | |
| NouHgt Technologies, LLC, <br><br>   Counterclaimant, <br><br> vs. <br><br> Jerritt Canyon Gold LLC, a Nevada limited | |

Page 1 of 3

liability company; First Majestic Silver Corp., a Canadian corporation; DOE I through X, inclusive; ROE ENTITIES I through X, inclusive,

       Counterdefendants.

Pursuant to Federal Rules of Civil Procedure ("FRCP") 15 and 60(a), Plaintiff/Counterdefendant Nevada Select Royalty, Inc.; Defendant/Counterclaimant/Counter-defendants Jerritt Canyon Gold LLC ("Jerritt") and First Majestic Silver Corporation ("First Majestic"); and, Counter-defendant/Counterclaimant NouHgt Technologies, LLC ("NouHgt"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on November 7, 2022, NouHgt filed its answer and counterclaims [ECF No. 21] ("NouHgt's Counterclaims") in response to Jerritt's counterclaims [ECF No. 1-2];

WHEREAS, NouHgt asserted counterclaims and factual allegations against First Majestic as well as a DOE Consultant and ROE Consulting Firm (together, the "Omitted Defendants"), but the caption reflected in NouHgt's Counterclaims did not include the Omitted Defendants;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, without admission by any counterdefendant of any of the factual allegations within, nor liability relating to, NouHgt's Counterclaims, that the case caption in this action should be corrected to include all parties named herein, including the Omitted Defendants, as reflected in the caption above.

Dated this 6th day of December, 2022.

  MARQUIS AURBACH

By: */s/ Jared M. Moser*
 Cody S. Mounteer, Esq.
 Nevada Bar No. 11220
 Brian R. Hardy, Esq.
 Nevada Bar No. 10068
 Jared M. Moser, Esq.
 Nevada Bar No. 13003
 10001 Park Run Drive
 Las Vegas, Nevada 89145
 *Attorneys for NouHgt Technologies, LLC*

Dated this 6th day of December, 2022.

  RICE REUTHER SULLIVAN & CARROLL, LLP

By: */s/ Mark Hendricksen*
 David A. Carrroll, Esq.
 Nevada Bar No. 7643
 Anthony J. DiRaimondo, Esq.
 Nevada Bar No. 10875
 Robert E. Opdyke, Esq.
 Nevada Bar No. 12841
 3800 Howard Hughes Parkway, Suite 1200
 Las Vegas, NV 89169

 Mark Hendricksen, Esq. (*pro hac vice*)
 mhendricksen@WellsIP.com

MAC:17128-001 4922198_1 12/6/2022 4:14 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

WELLS ST. JOHN P.S.
601 W. Main Avenue, Ste. 600
Spokane, Washington 99201
Telephone: (509) 624-4276
Facsimile: (509) 838-3424

Shamus T. O'Doherty, Esq. (*pro hac vice*)
sto@randalldanskin.com
Timothy J. Nault, Esq. (*pro hac vice*)
tjn@randalldanskin.com
Randall | Danskin
601 W. Riverside Ave., Ste. 1500
Spokane, Washington 99201
Telephone: (509) 747-2052
Facsimile: (509) 624-2528

*Attorneys for Jerritt Canyon Gold LLC, and First Majestic Silver Corporation*

Dated this 6th day of December, 2022.

HOLLAND & HART LLP

By: */s/ Jessica L. Coberly*
Laura K. Granier, Esq.
Nevada Bar No. 7357
Robert C. Ryan, Esq.
Nevada Bar No. 7164
Jessica L. Coberly (Freitas), Esq.
Nevada Bar No. 16079
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Attorneys for Nevada Select Royalty, Inc.*

**ORDER**

IT IS HEREBY ORDERED this 7th day of December, 2022.



UNITED STATES MAGISTRATE JUDGE

MAC:17128-001 4922198_1 12/6/2022 4:14 PM