**Exhibit "A"**

**Appointment of Designated Resident Nevada Counsel**

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Anthony J. DiRaimondo_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

STEVEN C. HOLMES
(type or print party name, title) COO, Jerritt Canyon Gold LLC

_____
(party's signature)

First Majestic Silver Corp.
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Anthony DiRaimondo
Designated Resident Nevada Counsel's signature

10875                              adiraimondo@rrsc-law.com
Bar number                         Email address

APPROVED:

Dated: this __20th__ day of __December__, 20__22__.

_____
UNITED STATES DISTRICT JUDGE

5                                                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Anthony J. DiRaimondo_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

STEVEN C. HOLMES
(type or print party name, title) COO, Jerritt Canyon Gold LLC

_____
(party's signature)

First Majestic Silver Corp.
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Anthony DiRaimondo_
Designated Resident Nevada Counsel's signature

10875                    adiraimondo@rrsc-law.com
Bar number               Email address

APPROVED:

Dated: this __20th__ day of __December__, 20__22__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Anthony DiRaimondo__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_Steven C. Holmes_
(party's signature)

Steven C Holmes, COO
(type or print party name, title)

_[signature]_
(party's signature)

First Majestic Silver Corp.
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Anthony DiRaimondo_
Designated Resident Nevada Counsel's signature

10875                    adiraimondo@rrsc-law.com
Bar number               Email address

APPROVED:

Dated: this __20th__ day of __December__, 20__22__.

_[signature]_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16