1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 14  NEVADA SELECT ROYALTY, INC., | **Case No.:  3:22-CV-00415-LRH-CSD** |
| 15                         Plaintiff, | **ORDER OF WITHDRAWAL OF** |
| 16  v. | **ATTORNEY** |
| 17  JERRITT CANYON GOLD LLC., | |
| 18                         Defendant. | |
| 19 | |
| 20 | |
| 21  JERRITT CANYON GOLD, LLC, | |
| 22                         Counter-Claimant, | |
| 23  v. | |
| 24  NEVADA SELECT ROYALTY, INC., and | |
|      NOUGHT TECHNOLOGIES, LLC, | |
| 25 | |
| 26                         Counter-Defendant. | |

27     BASED ON the Notice of Withdrawal of Attorney filed on behalf of Jessica L. Coberly,

28  Esq., of Holland & Hart, LLP, and for good cause appearing;

1    IT IS HEREBY ORDERED that Jessica L. Coberly, Esq., of Holland & Hart, LLP will

2  be removed from this case on behalf of Plaintiff, Nevada Select Royalty, Inc., and shall be

3  removed from all lists of attorneys associated with this case, including future pleadings,

4  notices, orders, and other documents and counsel's proofs of service.

5    Laura K. Granier and Robert C. Ryan will continue to represent Nevada Select Royalty,

6  Inc.

7    IT IS SO ORDERED.

8    DATED this 10th day of October, 2023.

9                                                                      _____
                                                                        LARRY R. HICKS
10                                                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1