# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SELECT ROYALTY, INC., <br><br> Plaintiff, <br> v. <br><br> JERRITT CANYON GOLD LLC., <br><br> Defendant. | Case No.: 3:22-CV-00415-ART-CSD <br><br> **ORDER GRANTING** <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT** <br> **(FIRST REQUEST)** |
| JERRITT CANYON GOLD, <br><br> Counter-Claimant, <br> v. <br><br> NEVADA SELECT ROYALTY, INC., and NOUGHT TECHNOLOGIES, LLC, <br><br> Counter-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff Nevada Select Royalty, Inc., by and through counsel, and Defendant, by and through counsel, (collectively hereinafter, the "Parties"), hereby stipulate to extend the time for the Parties to file responses to the pending Motions for Summary Judgment (ECF Nos. 101 and 102) as follows. The current deadlines to respond are November 20, 2024 and the requested extension thereof is for only five additional days. This is the first request for an extension of these deadlines.

1. On October 30, 2024, Plaintiff filed its Motion for Summary Judgment (ECF No. 102).
2. On October 30, 2024, Defendant filed its Motion for Summary Judgment (ECF No. 101).
3. The responses to the respective Motions for Summary Judgment are due on November 20, 2024. LR 7-2(b).
4. The parties hereby stipulate to extend the time for each to file their respective responses to the Motions for Summary Judgment until, up to, and including November 25, 2024.
5. Pursuant to LR IA 6-1, this is the first request for an extension of time for the relevant deadlines and the parties submit that good cause supports this request. Plaintiff requested additional time to file its Response to Defendant's Motion for Summary Judgment due to pressing motions that arose in other cases. Additionally, the parties agreed to extend the deadline for the respective responses to avoid having their respective replies due shortly after the upcoming Thanksgiving holiday. This Stipulation is submitted in good faith and not to cause undue delay in this case.

**IT IS SO STIPULATED.**

DATED  November 20, 2024                    DATED  November 20, 2024

HOLLAND & HART LLP                          RICE REUTHER SULLIVAN & CARROLL, LLP

/s/ *Joshua M. Halen*                       /s/ *Anthony J. DiRaimondo*
Laura K. Granier (NSBN 7357)                David A. Carroll (NSBN 7643)
Robert C. Ryan (NSBN 7164)                  Anthony J. DiRaimondo (NSBN 10875)
Joshua M. Halen (NSBN 13885)                Robert E. Opdyke (NSBN 12841)
5470 Kietzke Lane, Suite 100                3800 Howard Hughes Parkway, Ste 1200
Reno, NV 89511-2094                         Las Vegas, NV 89169
*Attorneys for Plaintiff*

                                            RANDALL DANSKIN, P.S.
                                            Shamus T. O'Doherty
                                            (Pro Hac Vice)

```
1  
2                                              601 W. Riverside Ave, Ste 1500
                                               Spokane, WA 99201
3
                                               WELLS ST. JOHN P.S.
4                                              Mark Hendricksen (Pro Hac Vice)
                                               601 W. Main Avenue, Ste 600
5                                              Spokane, WA 99201

6                                              *Attorneys for Defendant*

7
                                               **IT IS SO ORDERED.**
8

9

10                                             _____

11                                             ANNE R. TRAUM
                                               UNITED STATES DISTRICT JUDGE
12
                                               DATED: November 22, 2024
13  33711496_v2
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

3