David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN &
CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile:  (702) 732-7110

Mark Hendricksen, Esq. (*pro hac vice*)
mhendricksen@WellsIP.com
**WELLS ST. JOHN P.S.**
601 W. Main Avenue, Ste. 600
Spokane, WA  99201
Telephone: (509) 624-4276
Facsimile: (509) 838-3424

*Attorneys for Defendant/Counter-claimant
Jerrit Canyon Gold, LLC*

Shamus T. O'Doherty, Esq. (*pro hac vice*)
sto@randalldanskin.com
**RANDALL | DANSKIN P.S.**
601 W. Riverside Ave., Ste. 1500
Spokane, Washington 99201
Telephone: (509) 747-2052
Facsimile: (509) 624-2528

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SELECT ROYALTY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JERRITT CANYON GOLD, LLC,<br><br>Defendant. | Case No. 3:22-CV-00415-ART<br><br>**JOINT STATUS UPDATE AND STIPULATION AND [PROPOSED] ORDER RE DAMAGES** |
| JERRITT CANYON GOLD, LLC,<br><br>Counter-claimant,<br><br>vs.<br><br>NEVADA SELECT ROYALTY, INC., and NOUHGT TECHNOLOGIES, LLC,<br><br>Counter-Defendants. | |

The Parties, by and through their attorneys of record, hereby state as follow:

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy., Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

On June 20, 2025 the Court entered its Order on Cross Motions for Summary Judgment (ECF 114) (the "Summary Judgment Order") granting Nevada Select Royalty, Inc.'s ("Nevada Select") Motion for Summary Judgment in regards to its breach of contract claim against Jerritt Canyon Gold, LLC ("Jerritt Canyon") and denying Jerritt Canyon's Motion for Summary Judgment;

In its Summary Judgment Order, the Court ordered the Parties to meet and confer and attempt to reach a consensus in regards to a precise quantity of damages due in relation to the Court's summary judgment finding of liability;

On July 9, 2025, counsel for the Parties held a virtual meeting as instructed by the Court; and,

The Parties agree and stipulate that damages in the amount of $384,448.80 is proper in relation to the Court's summary judgment finding of liability for breach of contract and the Court may proceed to direct the Clerk to enter Judgment in the amount of $384,448.80 in favor of Nevada Select and against Jerritt Canyon.[1]

This stipulation shall not impact Nevada Select's ability to file a motion for attorneys' fees.

DATED this 11th day of July, 2025.

By: _Shamus T. O'Doherty_
    Anthony J. DiRaimondo, Esq. (NSB #10875)
    David A. Carroll, Esq. (NSB #7643)
    Robert E. Opdyke, Esq. (NSB #12841)
    RICE REUTHER SULLIVAN & CARROLL, LLP
    3800 Howard Hughes Parkway, Suite 1200
    Las Vegas, Nevada 89169

    -and-

    Mark Hendricksen, Esq. (*pro hac vice*)
    mhendricksen@WellsIP.com
    WELLS ST. JOHN P.S.
    601 W. Main Avenue, Ste. 600
    Spokane, Washington 99201

---

[1] Jerritt Canyon's stipulation as to the amount of damages is without prejudice to its rights to appeal the Summary Judgment Order once a final Judgment has been entered.

-and-

Shamus T. O'Doherty, Esq. (*pro hac vice*)
sto@randalldanskin.com
RANDALL | DANSKIN P.S.
601 W. Riverside Ave., Ste. 1500
Spokane, Washington 99201

*Attorneys for Defendant Jerritt Canyon*


By:  *Joshua M. Halen*
    Laura K. Granier
    Robert C. Ryan
    Joshua M. Halen
    HOLLAND & HART LLP
    5470 Kietzke Lane, Suite 100
    Reno, NV 89511-2094

*Attorneys for Plaintiff Nevada Select*

## ORDER

For good cause appearing, the foregoing stipulation is GRANTED.  The Clerk shall enter Judgment in the amount of $384,448.80 in favor of Nevada Select Royalty, Inc. and against Jerritt Canyon Gold LLC.


**IT IS SO ORDERED.**


_____

**UNITED STATES DISTRICT JUDGE**

**Dated:**

35398804_v1

3