# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SELECT ROYALTY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JERRITT CANYON GOLD, LLC, <br><br> Defendant. | Case No. 3:22-CV-00415-ART <br><br> **ORDER GRANTING** <br><br> **STIPULATION RE DAMAGES** |
| JERRITT CANYON GOLD, LLC, <br><br> Counter-claimant, <br><br> vs. <br><br> NEVADA SELECT ROYALTY, INC., and NOUHGT TECHNOLOGIES, LLC, <br><br> Counter-Defendants. | |

The Parties, by and through their attorneys of record, hereby state as follow:

1

On June 20, 2025 the Court entered its Order on Cross Motions for Summary Judgment (ECF 114) (the "Summary Judgment Order") granting Nevada Select Royalty, Inc.'s ("Nevada Select") Motion for Summary Judgment in regards to its breach of contract claim against Jerritt Canyon Gold, LLC ("Jerritt Canyon") and denying Jerritt Canyon's Motion for Summary Judgment;

In its Summary Judgment Order, the Court ordered the Parties to meet and confer and attempt to reach a consensus in regards to a precise quantity of damages due in relation to the Court's summary judgment finding of liability;

On July 9, 2025, counsel for the Parties held a virtual meeting as instructed by the Court; and,

The Parties agree and stipulate that damages in the amount of $384,448.80 is proper in relation to the Court's summary judgment finding of liability for breach of contract and the Court may proceed to direct the Clerk to enter Judgment in the amount of $384,448.80 in favor of Nevada Select and against Jerritt Canyon.[1]

This stipulation shall not impact Nevada Select's ability to file a motion for attorneys' fees.

DATED this 11th day of July, 2025.

By: *Shamus T. O'Doherty*
Anthony J. DiRaimondo, Esq. (NSB #10875)
David A. Carroll, Esq. (NSB #7643)
Robert E. Opdyke, Esq. (NSB #12841)
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

-and-

Mark Hendricksen, Esq. (*pro hac vice*)
mhendricksen@WellsIP.com
WELLS ST. JOHN P.S.
601 W. Main Avenue, Ste. 600
Spokane, Washington 99201

---

[1] Jerritt Canyon's stipulation as to the amount of damages is without prejudice to its rights to appeal the Summary Judgment Order once a final Judgment has been entered.

2

-and-

Shamus T. O'Doherty, Esq. (*pro hac vice*)
sto@randalldanskin.com
RANDALL | DANSKIN P.S.
601 W. Riverside Ave., Ste. 1500
Spokane, Washington 99201

*Attorneys for Defendant Jerritt Canyon*


By: *Joshua M. Halen*
  Laura K. Granier
  Robert C. Ryan
  Joshua M. Halen
  HOLLAND & HART LLP
  5470 Kietzke Lane, Suite 100
  Reno, NV 89511-2094

*Attorneys for Plaintiff Nevada Select*

## ORDER

For good cause appearing, the foregoing stipulation (ECF No. 116) is GRANTED. The Clerk shall enter Judgment in the amount of $384,448.80 in favor of Nevada Select Royalty, Inc. and against Jerritt Canyon Gold LLC. The Clerk of Court is directed to close this case.


**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: August 5, 2025

35398804_v1