AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

NEVADA SELECT ROYALTY, INC.,

             Plaintiff,

  v.

JERRITT CANYON GOLD, LLC,

             Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:22-CV-00415-ART-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT pursuant to this Court's Order filed August 5, 2025 (ECF No. 117) Judgment is entered in the amount of $384,448.80 in favor of Nevada Select Royalty, Inc. and against Jerritt Canyon Gold LLC.
IT IS FURTHER ORDERED that judgment is hereby entered accordingly, and this case is closed.

August 5, 2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ DRM  
Deputy Clerk