*Jerritt Canyon Gold LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA SELECT ROYALTY, INC., | Case No. 3:22-CV-00415-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION TO EXTEND TIME TO FILE RESPONSE/OPPOSITION TO MOTION FOR ATTORNEYS' FEES** |
| JERRITT CANYON GOLD LLC, | |
| Defendant. | **(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff Nevada Select Royalty, Inc., by and through counsel, and Defendant, by and through counsel, (collectively hereinafter, the "Parties"), hereby stipulate to extend the time for Defendant Jerritt Canyon Gold LLC to respond to Plaintiff Nevada Select, Inc.'s Motion for Attorneys' Fees (ECF No. 120). The current deadline to respond is September 2, 2025. This is the first request for an extension of this deadline.

Defendant Jerritt Canyon Gold LLC's deadline to respond to Plaintiff Nevada Select, Inc.'s Motion for Attorneys' Fees (ECF No. 120) shall be extended one (1) week, from September 2, 2025,

1

up to and including **September 9, 2025**. Plaintiff Nevada Select, Inc. shall have up to and including **September 23, 2025** to file any reply brief.

      Pursuant to LR IA 6-1, this is the first request for an extension of time for the relevant deadlines and the parties submit that good cause supports this request. This request is based on preexisting commitments of Defendant's counsel in other cases and the intervening Labor Day holiday. This Stipulation is submitted in good faith and not to cause undue delay in this case.

Dated: August 26, 2025

Respectfully submitted,

**RICE REUTHER SULLIVAN & CARROLL, LLP**

*/s/ Anthony J. DiRaimondo*
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
3800 Howard Hughes Parkway, Ste. 1200
Las Vegas, Nevada 89169

*Attorneys for Jerritt Canyon Gold LLC*

Dated: August 26, 2025

Respectfully submitted,

**HOLLAND & HART, LLP**

*/s/ Joshua M. Halen*
Laura K. Granier, Esq. (NSB #7357)
Robert C. Ryan, Esq. (NSB #7164)
Joshua M. Halen, Esq. (NSB #13885)
5470 Kietzke Lane, Ste. 100
Reno, Nevada 89511

*Attorneys for Nevada Select Royalty, Inc.*

**IT IS SO ORDERED**.

_____
Anne R. Traum
United States District Judge

DATED: August 26, 2025

2