David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

Mark Hendricksen, Esq. (*pro hac vice*)
mhendricksen@WellsIP.com
**WELLS ST. JOHN P.S.**
601 W. Main Avenue, Ste. 600
Spokane, WA 99201
Telephone: (509) 624-4276
Facsimile: (509) 838-3424

Shamus T. O'Doherty, Esq. (*pro hac vice*)
sto@randalldanskin.com
**RANDALL | DANSKIN P.S.**
601 W. 1st Ave., Ste. 800
Spokane, Washington 99201
Telephone: (509) 747-2052
Facsimile: (509) 624-2528

*Attorneys for Defendant*
*Jerritt Canyon Gold, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SELECT ROYALTY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JERRITT CANYON GOLD, LLC, <br><br> Defendant. | Case No. 3:22-CV-00415-ART <br><br> **SATISFACTION OF JUDGMENT** |

WHEREAS, a Judgment (ECF No. 118) was entered in the above action on the 5th day of August, 2025 in favor of Nevada Select Royalty, Inc. and against Jerritt Canyon Gold, LLC in the amount of $384,448.80, and the Bill of Costs in the amount of $2,549.85, and said Judgment and Bill of Costs, with interest and any costs thereon having been fully satisfied pursuant to the terms of the Parties' settlement agreement, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

1    THEREFORE, full and complete satisfaction of said Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: February 17, 2026

Respectfully submitted,

**RICE REUTHER SULLIVAN & CARROLL, LLP**

*/s/ Anthony J. DiRaimondo*
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
3800 Howard Hughes Parkway, Ste. 1200
Las Vegas, Nevada 89169

*Attorneys for Jerritt Canyon Gold LLC*

Dated: February 17, 2026

Respectfully submitted,

**HOLLAND & HART, LLP**

*/s/ Laura K. Granier*
Laura K. Granier, Esq. (NSB #7357)
Robert C. Ryan, Esq. (NSB #7164)
Joshua M. Halen, Esq. (NSB #13885)
5470 Kietzke Lane, Ste. 100
Reno, Nevada 89511

*Attorneys for Nevada Select Royalty, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of February, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail address(es) of the following persons:

Laura K. Granier, Esq. (NBS #7357)
Robert C. Ryan, Esq. (NBS #7164)
Joshua M. Halen (NBS #13885)
HOLLAND & HART, LLP
5470 Kietzke Lane, Ste 100
Reno, NV 89511-2094
T: (775) 327-3000
F: (775) 786-6179
lkgranier@hollandhart.com
rcryan@hollandhart.com
jmhalen@hollandhart.com
*Attorneys for Nevada Select Royalty, Inc.*

/s/ Anthony J. DiRaimondo
An employee of Rice Reuther Sullivan & Carroll, LLP

3