**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA SELECT ROYALTY, INC., | Case No. 3:22-CV-00415-ART-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| JERRITT CANYON GOLD LLC, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Nevada Select Royalty, Inc., by and through counsel, and Defendant, by and through counsel, (collectively hereinafter, the "Parties"), hereby stipulate to dismiss this Action in its entirety *with prejudice*.

The Parties have entered into a settlement agreement which requires dismissal of this district court action and the docketed appeal.[1]

The Parties have agreed that each side shall bear its own attorneys' fees and costs.

---

[1] The Parties will handle separately obtaining dismissal of the appeal.

1

Dated: February 17, 2026

Respectfully submitted,

**RICE REUTHER SULLIVAN & CARROLL, LLP**

/s/ *Anthony J. DiRaimondo*
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
3800 Howard Hughes Parkway, Ste. 1200
Las Vegas, Nevada 89169

*Attorneys for Jerritt Canyon Gold LLC*

Dated: February 17, 2026

Respectfully submitted,

**HOLLAND & HART, LLP**

/s/ *Laura K. Granier*
Laura K. Granier, Esq. (NSB #7357)
Robert C. Ryan, Esq. (NSB #7164)
Joshua M. Halen, Esq. (NSB #13885)
5470 Kietzke Lane, Ste. 100
Reno, Nevada 89511

*Attorneys for Nevada Select Royalty, Inc.*

**IT IS SO ORDERED**.

_____
Anne R. Traum
United States District Judge

Dated: <u>March 19, 2026</u>

2